**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CESAR BONILLA, | No. ED CV 26-811-JFW(E) |
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS, |
| KRISTI NOEM, ETC., ET AL., | CONCLUSIONS AND RECOMMENDATIONS |
| Respondents. | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the Report and Recommendation is accepted and adopted; and (2) Judgment shall be entered granting the Petition in part, and: (a) ordering Respondents to release Petitioner from detention immediately, subject to the conditions of his previous supervision; and (b) enjoining Respondents from removing Petitioner to a third country without reasonable notice and an opportunity to be heard before an Immigration Judge.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner, counsel for Petitioner and counsel for Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: April 24, 2026.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE