JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CESAR BONILLA,<br><br>        Petitioner,<br><br>    v.<br><br>KRISTI NOEM, ETC., ET AL.,<br><br>        Respondents. | No. ED CV 26-811-JFW(E)<br><br>JUDGMENT |

    IT IS ADJUDGED that the Petition is granted in part and:  (a) Respondents are ordered to release Petitioner from detention immediately, subject to the conditions of his previous supervision; and (b) Respondents are enjoined from removing Petitioner to a third country without reasonable notice and an opportunity to be heard before an Immigration Judge.


        DATED: April 24, 2026.



                                    _____
                                            JOHN F. WALTER
                                    UNITED STATES DISTRICT JUDGE